### Dodson ag$^t$ Phips

Francis Dodson plaint. ag$^t$ William Phips Defend$^t$ in an action of debt for non payment of twenty three pounds Six Shillings and eight pence the one halfe in mony and the other halfe in goods (being the one third part of Seventy pounds) due per covenant under hand and Seale bearing date March. 23$^d$ 1676. and paiable unto the s$^d$ Dodson when the s$^d$ Phips his Cellar was Stoned, which was done before last winter, with other due damages according to attachm$^t$ dat$^d$ April: 10th 1677. . . . The Jury . . . found for the plaintife twenty three pounds six Shillings and eight pence halfe in mony and halfe in goods according to covenant & costs of Court. The Defend$^t$ appeal$^d$ from this judgement unto the next Court of Assistants and himselfe principall in £.26. and Cap$^t$ Ben: Gillam and Tho: Norman Sureties in £.13. apeice bound themselves respectiuely . . . on condition the s$^d$ W$^m$ Phips should prosecute his appeale . . .

[Phips Reasons of Appeal are in S. F. 162170.]

### Simpson agt. Salter etc.

Lo: Ammi Simpson who married Elisabeth the Relict of Richard Critchley plaint. ag$^t$ Jabesh Salter and Nathanael Adams Defend$^{ts}$ in an action of the case for not paying the Summe of ten pounds in mony due from them according to the Judgem$^t$ of the County Court [433] held at Boston by adjournm$^t$ of the Generall Court the. 23$^d$ of November. 1675. with all other due damages according to attachm$^t$ dated march. 30th 1677. . . . The Jury . . . found for the plaintife ten pounds in mony & costs of Court allow$^d$ nineteen Shillings two pence

Execution issued 7th May. 1677.

[See case of the same name in the session of 29 July, 1679, below, p. 1040.]